IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.   5:24-CR-501 (GTS) |
| | ) |
| v. | ) **Information** |
| | ) |
| **DAVID GEDAMOSKE,** | ) Violations:   26 U.S.C. § 7201 |
| | )                      [Tax Evasion] |
| | ) |
| | ) 3 Counts |
| | ) |
| **Defendant.** | ) County of Offense:   Clinton, Onondaga, |
| | )                                   Saratoga, and |
| | )                                   Schenectady |

### THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
[Tax Evasion]

On or about the dates listed below, in the Northern District of New York and elsewhere, **DAVID GEDAMOSKE**, a resident of Onondaga County, New York, did willfully attempt to evade and defeat payment of a large part of the income tax due and owing by him to the United States of America for the tax year 2018, in the approximate amount of $42,023, by filing and maintaining the following false form W-4 with his employers claiming allowances to which he was not entitled:

| Date | County | Falsity |
|---|---|---|
| Jan. 19, 2018 | Clinton County | 99 allowances |
| Dec. 11, 2018 | Schenectady County | 99 Allowances |

All in violation of Title 26, United States Code, Section 7201.

## COUNT 2
### [Tax Evasion]

On or about February 24, 2019, in Saratoga County, in the Northern District of New York and elsewhere, **DAVID GEDAMOSKE**, a resident of Onondaga County, New York, did willfully attempt to evade and defeat payment of a large part of the income tax due and owing by him to the United States of America for the tax year 2019, in the approximate amount of $37,746, by filing and maintaining a false form W-4 with his employer claiming to be exempt from income tax withholdings, all in violation of Title 26, United States Code, Section 7201.

## COUNT 3
### [Tax Evasion]

On or about October 26, 2020, in Onondaga County, in the Northern District of New York and elsewhere, **DAVID GEDAMOSKE**, a resident of Onondaga County, New York, did willfully attempt to evade and defeat payment of a large part of the income tax due and owing by him to the United States of America for the tax year 2020, in the approximate amount of $52,266, by filing and maintaining a false form W-4 with his employer claiming to be exempt from income tax withholdings, all in violation of Title 26, United States Code, Section 7201.

Dated:   January 22, 2025

CARLA B. FREEDMAN
United States Attorney

By:   _s/ Paul Tuck_
Paul J. Tuck
Assistant United States Attorney
Bar Roll No. 520814